

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE (Wilmington)

| | |
|---|---|
| In the matter of ) | |
| ) | |
| WILLIAM EDWARD BISHOP ) | |
|    Plaintiff, ) | |
|      v. ) | Case Action No. 13-cv-000001-RGA |
| ) | |
| JPMorgan Chase & Co. ) | |
| ) | |
| ) | |
| JPMORGAN CHASE BANK, ) | |
| NATIONAL ASSOCIATION ) | JURY TRIAL of 12 Demanded |
| ) | |
| ) | |
| ) | |
| JOHN DOE ) | |
|    Defendant(s) ) | Docket No. _____ |

**COVER FOR**

**MOTION THAT THE HONORABLE COURT TAKE JUDICIAL NOTICE,**

**WILLIAM EDAWARD BISHOP COMES NOW, PURSUANT TO FEDERAL RULES**

**OF EVIDENCE RULE 201 PRAYING THIS HONORABLE COURT ACCEPT THIS**

**MEMORANDUM OF DELAWARE LAW, SPECIFICALLY TITLE 10 OF DEL. CODE**

**SEC. 3901, ALSO KNOWN AS AN IN-REM ACTION**

Dated: 05/21/2013



UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE (Wilmington)

| | |
|---|---|
| In the matter of ) | |
| ) | |
| WILLIAM EDWARD BISHOP ) | |
| Plaintiff, ) | |
| v. ) | Case Action No. 13-cv-000001-RGA |
| ) | |
| JPMorgan Chase & Co. ) | |
| ) | |
| ) | |
| JPMORGAN CHASE BANK, ) | |
| NATIONAL ASSOCIATION ) | JURY TRIAL of 12 Demanded |
| ) | |
| ) | |
| ) | |
| JOHN DOE ) | |
| Defendant(s) ) | Docket No. _____ |

**MOTION THAT THE HONORABLE COURT TAKE JUDICIAL NOTICE, WILLIAM EDAWARD BISHOP COMES NOW, PURSUANT TO FEDERAL RULES OF EVIDENCE RULE 201 PRAYING THIS HONORABLE COURT ACCEPT THIS MEMORANDUM OF DELAWARE LAW, SPECIFICALLY TITLE 10 OF DEL. CODE SEC. 3901, ALSO KNOWN AS AN IN-REM ACTION**

1. Please take Notice that William Edward Bishop ("Plaintiff"), Come now, pursuant to Fed. R. Evid. R. 201 requesting this Honorable Court take Judicial Notice that when an In Rem Action is filed the Superior Court in any of the three County's of the State of Delaware specifically pursuant to Title 10 Del. Code sec. 3901 the Defendant is specifically prevented from filing any and all Counter or Cross Claims.

Respectfully Submitted,

Dated: 05/21/2013

_____
William Edward Bishop,
Plaintiff, Self-Represented
P.O. Box 115
St. Georges, DE. 19733
302-437-4103
BishopED06@verizon.net

TABLE OF CITATIONS

FEDERAL RULES OF EVIDENCE RULE 201 ............................................. P. 1

TITLE 10 OF DEL. CODE SEC. 3901, IN-REM ACTION ........................... P. 1

# TABLE OF CONTENTS

William Edward Bishop ("Plaintiff"), request this Honorable Court take Judicial Notice that when an In Rem Action is filed the Superior Court in any of the three County's of the State of Delaware specifically pursuant to Title 10 Del. Code sec. 3901 the Defendant is specifically prevented from filing any and all Counter or Cross Claims ……………………………………… P. 1

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE (Wilmington)

| | |
|---|---|
| In the matter of | ) |
| | ) |
| WILLIAM EDWARD BISHOP | ) |
|   Plaintiff, | ) |
|     v. | ) Case Action No. 13-cv-000001-RGA |
| | ) |
| JPMorgan Chase & Co. | ) |
| | ) |
| JPMORGAN CHASE BANK, | ) |
| NATIONAL ASSOCIATION | ) JURY TRIAL of 12 Demanded |
| | ) |
| JOHN DOE | ) |
|   Defendant(s) | ) Docket No. _____ |

## ORDER

It is hereby Ordered today _____ of _____, in the year of our

God _____, the Plaintiff Motion that this Court take Judicial Notice of Delaware Law

Title 10 Del. Code sec. 3901 that specifically prevents the filing any and all Counter or Cross

Claims to any action filed pursuant the foregoing Title is: _____

_____

Honorable Judge

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE (Wilmington)

| | |
|---|---|
| In the matter of )<br>)<br>WILLIAM EDWARD BISHOP )<br>   Plaintiff, )<br>      v. )<br>)<br>JPMorgan Chase & Co. )<br>)<br>)<br>JPMORGAN CHASE BANK, )<br>NATIONAL ASSOCIATION )<br>)<br>)<br>)<br>JOHN DOE )<br>   Defendant(s) ) | Case Action No. 13-cv-000001-RGA<br><br><br><br>JURY TRIAL of 12 Demanded<br><br><br><br>Docket No. _____ |

## CERTIFICATE OF SERVICE

I William Edward Bishop on behalf of myself, certify on May 22, 2013 that I the Plaintiff served a copy of my Motion requesting the Court take Judicial Notice of Delaware law, as indicated below:

TO:

U.S. District Court, Court Clerk
J Caleb Boggs Building
Unit 18
844 N. King St.
Wilmington, DE. 19801

Duane Morris L.L.P.
Gary Lipkin
222 Delaware Ave. Suite 1600
Wilmington, DE. 19801-1659
VIA First Class U.S. Mail

_____
William E. Bishop
Self-represented
P.O. Box 115
St. Georges, DE. 19733
302-437-4103,
Bishoped06@verizon.net

STATE OF DELAWARE NEW CASTLE COUNTY
The above was sworn or affirmed to under the penalty of perjury in my presence this

___22nd___ day of ___May___ A.D. __2013__.

My Commission Expires __April 9, 2017__

_____
(Notary Public)

PATRICK M. BEST
NOTARY PUBLIC, STATE OF DELAWARE
MY COMMISSION EXPIRES APRIL 9, 2017

Page 2 of 2

William E. Bishop
P.O. Box 115
St. Georges, DE. 19733

To Caleb Builders
Unit 18
Wilmington, DE. 19801





U.S. POSTAGE PAID
WILMINGTON, DE
19803
MAY 22, 13
AMOUNT
$1.52
0005657320